PAWB FORM 30 (07/13)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-21876-JAD |
| | ) | |
| Dianna M. Duckett, | ) | Chapter 7 |
| | ) | |
| Debtor(s), | ) | Document No. |
| | ) | |
| Dianna M. Duckett, | ) | Related to Document No. |
| | ) | |
| Movant(s), | ) | Hearing date and time: |
| | ) | |
| Diamond Resorts International, | ) | |
| Pediatric Cardiology of W.P. | ) | |
| and Jeffrey J. Sikirica, | ) | |
| Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Franklin L. Robinson, Jr. Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

RESPECTFULLY SUBMITTED,

10/11/2016                                Franklin L. Robinson Jr. /s/
DATE                                      FRANKLIN L. ROBINSON, JR.
                                          5907 PENN AVENUE
                                          SUITE 200
                                          PITTSBURGH, PA 15206
                                          PA. ID. NO. 74464
                                          412-363-6685
                                          Frobi69704@aol.com

DUCKETT

Diamond Resorts International
10600 W. Charleston Boulevard
Las Vegas, NV 89135

Pediatric Cardiology of W PA
3500 Booktree Road
Suite 204
Wexford, PA 15090