IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-21876-JAD |
| | ) | |
| Dianna M. Duckett, | ) | Chapter 7 |
| | ) | |
| Debtor(s), | ) | Document No. |
| | ) | |
| Dianna M. Duckett, | ) | Related to Document No. |
| | ) | |
| Movant(s), | ) | Hearing date and time: |
| | ) | |
| Diamond Resorts International, Pediatric Cardiology of W.P. and Jeffrey J. Sikirica, Trustee, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

CERTIFICATE OF SERVICE OF ORDER OF COURT DATED 10-13-2016 , THE 341 MEETING OF CREDITORS NOTICE AND AMENDMENT TO F

    I certify under penalty of perjury that I served above captioned pleading on the parties at the addresses specified below or on the attached list on  10/14/2016 .

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or other types of service) was  First-Class Mail  .

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification." and those served by mail will be listed under the heading "Service by First-Class Mail."


10/14/2016                                             Franklin L. Robinson Jr.,  Esquire     /s/
Date                                                     Franklin L. Robinson Jr., Esquire
                                                          5907 Penn Avenue
                                                          Suite 200
                                                          Pittsburgh, PA 15206
                                                          (412) 363-6685
                                                          PA ID No. #74464
                                                          Frobi69704@aol.com

DUCKETT

Diamond Resorts International
10600 W. Charleston Boulevard
Las Vegas, NV 89135

Jeffrey J. Sikirica, Trustee
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

Pediatric Cardiology of W PA
3500 Booktree Road
Suite 204
Wexford, PA 15090